UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN MOSES,

    Plaintiff,

    v.

CORTE MADERA TOW,

    Defendant.

Case No. 21-cv-03520-PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 1, 9

The court has reviewed Magistrate Judge Beeler's report and recommendation to dismiss plaintiff's complaint (Dkt. 1) in this action. Dkt. 9. Plaintiff failed to file any objections to the report. The court finds the report correct, well-reasoned, and thorough. Accordingly, the court adopts the report in full.

**IT IS SO ORDERED.**

Dated: August 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge