UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN MOSES,<br><br>    Plaintiff,<br><br>    v.<br><br>CORTE MADERA TOW,<br><br>    Defendant. | Case No. 21-cv-03520-PJH<br><br>**JUDGMENT** |

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: August 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge